# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No: CR 24-254 (1) DWF/LIB |
| | ) | Date: November 6, 2025 |
| Byron Terrell Robinson, | ) | Court Reporter: Caitlin Nat |
| Defendant. | ) | Courthouse: St. Paul |
| | ) | Courtroom: 7C |
| | ) | Time Commenced: 2:05 p.m. |
| | ) | Time Concluded: 2:59 p.m. |
| | ) | Time in Court: 54 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: Nichole J Carter, Assistant United States Attorney
   For Defendant: Caroline Brunkow & Douglas Olson, x CJA

**x Sentencing.**

IT IS ORDERED: Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 142 months | | 5 years | | |

x The Court noted the correct citation for the plea agreement is 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B).

   x Special conditions of: **See J&C for special conditions**
   x Defendant sentenced to pay:
      x Special assessment in the amount of $100.00.
   x Plea and plea agreement accepted.
   x Defendant remanded to the custody of the U.S. Marshal.
   x Docket nos.: 74 and 75 Sentencing Positions shall be unsealed at the time the judgment is filed.
   x Docket nos.: 76 and 77 shall remain sealed for 20 years until 11/06/2045.

                                                                             s/L. Sampson
                                                                             Courtroom Deputy